UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK,
by ERIC T. SCHNEIDERMAN, Attorney General of the
State of New York,

                              Plaintiff,

    - against -

CHARTER COMMUNICATIONS, INC. and SPECTRUM
MANAGEMENT HOLDING COMPANY, LLC
(f/k/a TIME WARNER CABLE, INC.),

                              Defendants.

ECF Case

17-cv-1428 (PAE)(KNF)

**NOTICE OF**
**MOTION**
**TO REMAND**

---

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Plaintiff the People of the State of New York, by Eric T. Schneiderman, Attorney General of the State of New York, will move this Court before the Honorable Paul A. Engelmayer, United States District Judge, United States Courthouse, 40 Foley Square, Room 1305, New York, New York, 10007, at a time and date to be set by the Court, for an order pursuant to 28 U.S.C. § 1447(c) remanding this case to the Supreme Court of New York, New York County, granting Plaintiff costs, expenses, and attorney fees, and granting Plaintiff such other relief against Defendants as the Court deems just.

      PLEASE TAKE FURTHER NOTICE that, by agreement of the parties, and as ordered by the Court on March 6, 2017, Defendants will file and serve their brief in opposition to the instant motion, if any, no later than 14 calendar days from the filing date of the instant motion,

and Plaintiff will serve and serve its reply brief, if any, no later than seven days from the filing of

Defendants' opposition.

*   *   *

Dated: New York, New York

      March 13, 2017

                                              ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for Plaintiff
By:

/s/ Aaron Chase
KATHLEEN A. MCGEE
Bureau Chief
Bureau of Internet & Technology
AARON CHASE
Assistant Attorney General
MIHIR E. KSHIRSAGAR
Assistant Attorney General
SIMON G. BRANDLER
Senior Advisor & Special Counsel
120 Broadway
New York, NY 10271
(212) 416-8000

*Of Counsel:*

MANISHA M. SHETH
Executive Deputy Attorney General for Economic Justice
KATE MATUSCHAK
Assistant Attorney General